

| | **State of New Jersey** | |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>PO Box 112<br>TRENTON, NJ 08625-0112 | MATTHEW J. PLATKIN<br>*Attorney General* |
| TAHESHA L. WAY<br>*Lt. Governor* | | MICHAEL T.G. LONG<br>*Director* |

March 21, 2024

**VIA ECF**
Hon. Sharon A. King, U.S.M.J.
Mitchell H. Cohen Building
    & U.S. Courthouse
4th & Cooper Streets, Room 5C
Camden, NJ 08101

    Re: Taron Hill v. State of New Jersey Department of
        Treasury, et al.
        Civ. No.: 22-cv-3558

Dear Judge King:

    The undersigned represents Non-Party, the Office of Public Integrity & Accountability ("OPIA"), in the above-referenced matter. As I was just assigned today to represent OPIA with respect to the Court's July 31, 2023 Order for Subpoena for Records [ECF No. 76] concerning the Conviction Review Unit's file pertaining to State v. Taron Hill, I am working diligently to familiarize myself with the matter and am coordinating with OPIA regarding the records at issue. At this time, I am in the process of speaking with my client and obtaining and reviewing the subject materials, and intend to provide OPIA's response forthwith.

    Should Your Honor have any questions or concerns, please contact me. Thank you.

    Respectfully submitted,

    MATTHEW J. PLATKIN
    ATTORNEY GENERAL OF NEW JERSEY

By: *s/Kevin J. Dronson*
    Kevin J. Dronson (ID No. 17342012)



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 376-2848 • FAX: (609) 943-5853
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

Deputy Attorney General.

Cc: Counsel of record (via ECF)